**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROBERT D. PERRY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:16-cv-1661 (CKK) |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, et al., | ) | |
| Defendants. | ) | |

## STIPULATION AND NOTICE OF PARTIAL VOLUNTARY DISMISSAL

WHEREAS defendant Board of Governors of the Federal Reserve System ("Board") disputes that it is subject to the Court's jurisdiction in this matter, but stipulates that it is financially responsible for any benefits payable to plaintiff Robert D. Perry ("Perry") under the Long Term Disability Income Plan for Employees of the Federal Reserve System ("Plan"), and that it will be bound by any finding as to Perry's eligibility for Long Term Disability benefits payable under the Plan, in any final, non-appealable judgment in this matter;

NOW, THEREFORE, plaintiff Robert D. Perry hereby voluntarily dismisses the Board of Governors of the Federal Reserve System from this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  December 1, 2016

Respectfully submitted,

| | |
|---|---|
| */s/ Hudson T. Ellis* | */s/ Richard S. Siegel* |
| Hudson T. Ellis (# TN0008) | Richard S. Siegel (DC Bar #984943) |
| 414 McCallie Avenue | Alston & Bird LLP |
| Chattanooga, TN  37402 | 950 F Street, N.W. |
| (423) 634-2506 | Washington, DC  20004 |
| Fax:  (423) 634-2505 | Telephone: (202) 239-3696 |
| ellish@buchanandisability.com | Facsimile: (202) 654-4896 |
| *Counsel for Plaintiff* | richard.siegel@alston.com |
| | *Counsel for Defendants* |