# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT PERRY,<br><br>    Plaintiff<br><br>v.<br><br>OFFICE OF EMPLOYEE BENEFITS<br>OF THE FEDERAL RESERVE, *et al.*,<br><br>    Defendants | Civil Action No. 1:16-1661 (CKK) |

## ORDER
(March 2, 2017)

The Court has been informed by Magistrate Judge Michael Harvey that the parties in the above-captioned action have reached a settlement in principle. Accordingly, with the parties' consent, it is, this 2nd day of March, 2017, hereby

**ORDERED** that this action is **DISMISSED**; the dismissal shall be **without** prejudice until **April 16, 2017**. Should counsel fail to move to extend the deadline or to reopen this action by the designated date, the matter shall, without further order, stand dismissed **with** prejudice. The parties may file their settlement with the Court, but they are not required to. It is further

**ORDERED** that the Status Conference set for March 3, 2017 at 1:00 p.m. is **VACATED**.

**SO ORDERED.**

                                                           /s/
                                        **COLLEEN KOLLAR-KOTELLY**
                                        United States District Judge